Exhibit A to the Complaint

**Location:** Warrington, PA  
**Total Works Infringed:** 55

**IP Address:** 173.62.219.131  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | DE3754185ED21BECD51B664CD095066FDB9C1F8D | 05/15/2025 01:44:49 | Tushy | 04/27/2025 | 05/20/2025 | PA0002531765 |
| 2 | 70c01fd0fdd7511d2ca1afc5320e2447fa245d3a | 05/23/2025 02:58:16 | Wifey | 03/22/2025 | 04/23/2025 | PA0002527267 |
| 3 | E0DF74D3D7E4F9A54DD02CA099D473A51BF2282F | 05/15/2025 01:42:34 | TushyRaw | 09/10/2024 | 09/18/2024 | PA0002490434 |
| 4 | 57E1B5403C13EF21F1672CCB4EF6A0EAD4E9E109 | 05/04/2025 21:35:56 | Wifey | 03/20/2025 | 05/21/2025 | PA0002531816 |
| 5 | 08B978D966A64404C5B9185001619BCFE4B75BA7 | 04/27/2025 21:08:49 | Blacked | 04/23/2025 | 05/20/2025 | PA0002531776 |
| 6 | 664E53EF68FC5169A9E7D90540DCBFC6B6DE4708 | 04/24/2025 18:27:52 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 7 | 8B7C521CD656D63EF65068B88994FA717E14F4D7 | 04/01/2025 15:28:08 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 8 | AB4B65F71419221DE70FCB74DAD797CB21429F3C | 01/22/2025 16:43:42 | Tushy | 08/24/2019 | 09/17/2019 | PA0002216213 |
| 9 | e5753b9a8ac2e934cd7d582770001f2cc7dc62eb | 09/27/2024 14:18:34 | Tushy | 09/22/2024 | 10/16/2024 | PA0002494781 |
| 10 | 72564d79f06c192a4e6a9df76c32860dfa217b9f | 09/10/2024 21:04:11 | Tushy | 06/26/2022 | 07/22/2022 | PA0002359467 |
| 11 | 07f3d3d079b67d4a98396f633f1a2c6096453ea3 | 08/10/2024 00:23:44 | Blacked Raw | 12/03/2019 | 01/03/2020 | PA0002233431 |
| 12 | 28cee246bcc571fee245129bcd4831e99be89e57 | 08/09/2024 11:38:59 | Tushy | 10/15/2023 | 11/13/2023 | PA0002439634 |
| 13 | 44185a74975b98451ca084c7df4a64bac1bf374f | 07/31/2024 16:49:44 | Tushy | 10/30/2022 | 01/06/2023 | PA0002394017 |
| 14 | 4a7163e45e943cd4eff3ea9848788924ac7df313 | 07/29/2024 11:54:07 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 15 | 5826a6af69a40aeb1e2738e4514fee4ed438d7df | 07/25/2024 15:35:24 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |
| 16 | ae1dcd0c84e67539b23c5d593cd12955b669c1ea | 07/21/2024 01:29:29 | Tushy | 11/19/2023 | 12/12/2023 | PA0002445179 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | d05a3037c56de1c0f36b87e696f110fee9d596b0 | 07/19/2024 23:11:17 | Blacked | 02/27/2021 | 03/08/2021 | PA0002280373 |
| 18 | 5af68ae06e5e16d20c338419ce7227a72f31375c | 07/19/2024 18:30:26 | Vixen | 03/20/2020 | 04/17/2020 | PA0002246116 |
| 19 | 49fbfa367809672d2db0b131623a72daf0830dc7 | 07/05/2024 01:20:41 | Slayed | 08/19/2021 | 09/08/2021 | PA0002316102 |
| 20 | a055a08d7f7e50ebbf1cec77442580c6b3e1f88e | 06/23/2024 19:40:00 | Blacked Raw | 07/10/2023 | 07/13/2023 | PA0002420345 |
| 21 | 376aa9bacabf82b72a4fd9fd07f2d2d667f787d2 | 06/21/2024 04:09:07 | Vixen | 09/09/2022 | 10/05/2022 | PA0002373766 |
| 22 | faaa4193e9f25e6db5c2a2eaaeb13f014c9374be | 06/21/2024 04:01:11 | Blacked | 01/05/2020 | 02/03/2020 | PA0002225565 |
| 23 | DE9F13A2D901EF407B24B6DDFF3437FF3FE43BB7 | 06/13/2024 18:13:55 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 24 | 62aca149c6b57c1e99db16874f88ab34f0362043 | 06/10/2024 21:50:24 | Tushy | 03/28/2021 | 04/27/2021 | PA0002288947 |
| 25 | a1ababa19d6a9f3576e4d5bf159294aa10a470fc | 05/29/2024 02:21:48 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 26 | e6d86e31e990d6efe9e9542534fb47763350e0c2 | 05/25/2024 22:39:58 | Blacked | 10/31/2020 | 11/24/2020 | PA0002265967 |
| 27 | aedeebd14b6c37b3e793629ec0094a21456f24a7 | 05/25/2024 10:09:06 | Blacked | 04/17/2021 | 06/09/2021 | PA0002295585 |
| 28 | f675df1a0b3155b62c66235442de13a3f95f90d9 | 04/08/2024 00:50:53 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |
| 29 | d6f4d59f94c2d03caa4161f9ee9368db31e7c133 | 03/29/2024 06:21:35 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 30 | ec3d886410af8ccd09d2f138294ce146f1a6cda9 | 03/24/2024 08:14:29 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 31 | 28f9ce7aca12743d7984b9d4863d75f1187542fe | 03/23/2024 19:23:37 | Tushy | 09/10/2023 | 09/17/2023 | PA0002430910 |
| 32 | 862bb6a1da51c7fc808ffd8723f5a3774687e6a2 | 03/22/2024 11:54:46 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |
| 33 | d2eb9bbd2d836c6d5c74ac123ae97625c20f65ee | 03/12/2024 00:11:05 | Blacked Raw | 05/17/2021 | 06/03/2021 | PA0002299687 |
| 34 | 0845189953437bd498ab8949080ef51af499eb63 | 03/09/2024 22:05:55 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | a24e130705424b9c3b2f095e94dc2bbbd629e67d | 01/27/2024 02:33:42 | Tushy | 07/10/2019 | 08/02/2019 | PA0002192298 |
| 36 | ca0466d81351494fe778568cdf0fde9cf59956ed | 01/17/2024 05:54:16 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |
| 37 | 60680ccda2ad63f08280bd02a7dbd89230fe8894 | 01/12/2024 03:12:18 | Tushy | 08/30/2020 | 09/05/2020 | PA0002255477 |
| 38 | c30b6505905b373296d9241c99be2a1d295b9513 | 01/03/2024 08:20:57 | Blacked Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |
| 39 | d2f6883e9b481a657c4d67345604355c88e25727 | 01/03/2024 05:31:35 | Vixen | 09/02/2022 | 11/01/2022 | PA0002378068 |
| 40 | 5A9A06FCFB7AFA118795BBEA65AB1A1F9E8F0FD3 | 01/02/2024 09:49:25 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 41 | b14666440550c13dc2cacba673db6702a77ecf44 | 01/02/2024 09:40:14 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 42 | 91807ff92613a5d901037df28d8030568d064e0c | 11/30/2023 03:26:16 | Tushy | 02/27/2022 | 03/29/2022 | PA0002342706 |
| 43 | a5eb20c79fe89551ac20bd7cad9ecf2b9a625b81 | 11/29/2023 23:18:43 | Vixen | 01/13/2023 | 01/27/2023 | PA0002393077 |
| 44 | 2d866f1321d04f1842ecc4287384c431b5b7cd29 | 10/03/2023 23:26:36 | Tushy | 07/25/2021 | 08/20/2021 | PA0002312005 |
| 45 | 197840f09299f79ddb3203ccabce89f0a6e49fdc | 08/26/2023 12:02:16 | Tushy | 03/06/2022 | 03/29/2022 | PA0002342854 |
| 46 | 1f4a6359bf6dca18981e6495a3faae1ed8f7cc80 | 08/20/2023 04:16:33 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 47 | 4833769907447359b1ae74973646943178e54a70 | 08/04/2023 09:25:39 | Vixen | 06/17/2022 | 06/27/2022 | PA0002355040 |
| 48 | fb0930aa2ca4bef376a4594ba1fc89ed9a6e9302 | 05/19/2023 15:31:28 | Tushy | 05/15/2022 | 05/20/2022 | PA0002350379 |
| 49 | 4ae9a12b8a74565b10a08de59c6355a2a84a0ac8 | 05/19/2023 05:14:39 | Tushy | 07/17/2022 | 07/22/2022 | PA0002359476 |
| 50 | bd7c7d02a5c80b43fb73500a53c71629b9dff31e | 05/11/2023 04:09:35 | Tushy | 09/20/2020 | 09/29/2020 | PA0002258683 |
| 51 | f63a23534660d5bae10dfe2e38656fa265dd5432 | 05/10/2023 23:05:05 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |
| 52 | 6CDEB8C8E8F9624BEA9225C82F988666C6444946 | 03/11/2023 23:29:44 | Tushy | 01/08/2023 | 01/27/2023 | PA0002393072 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 45cf316a0dd58c857bbc073e4e72221cd34e6c78 | 01/18/2023 18:01:33 | Blacked Raw | 01/17/2022 | 03/04/2022 | PA0002345790 |
| 54 | c0840852db2d7876d0a4cc3a6c6b9f1ee9202ca2 | 01/14/2023 17:25:59 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 55 | E12FF3F313842E2F77EC08C5A3D804F608AB1116 | 01/13/2023 00:15:13 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |